UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLA KATALIN MELEGH,

        Plaintiff,

   v.

KERI NELSON PENNELL, et al.,

        Defendants.

No. C23-1490RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 27, 2023. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 31, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for February 2, 2024.

DATED this 9th day of January, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE