UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIELLA KATALIN MELEGH,

          Plaintiffs,

   v.

KERI NELSON PENNELL, *et al.*,

          Defendants.

CASE NO. 2:23-cv-01490-RSL

ORDER OF DIMISSAL

    This matter comes before the Court on defendants' motion to dismiss. Defendants Keri Nelson Pennell and Anita Sundaram seek dismissal under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. Defendant Kassandra Miller requests that the claims against her be dismissed under Fed. R. Civ. P. 12(b)(3) for improper venue. The motion is unopposed.

    Having reviewed the complaint, the memoranda and declarations submitted by defendants, and the remainder of the record, the Court finds as follows:

    There is no indication in the record that the defendants have any connection to the Western District of Washington. Defendant Pennell is a resident of Oregon, where she owns and operates School Yoga Institute. Defendant Sundaram is a resident of California

ORDER OF DIMISSAL - 1

and assisted in a 2023 School Yoga Institute program in India, at which plaintiff was allegedly subject to discriminatory treatment. Defendant Miller is a resident of Spokane, Washington, and interacted with plaintiff in India. None of the acts or conduct of which plaintiff complains occurred in this district. The fact that plaintiff resides in the Western District of Washington is insufficient to establish personal jurisdiction over Pennell and/or Sundaram and does not satisfy the venue requirements of 28 U.S.C. § 1391(b) as to Miller.[1]

For all of the foregoing reasons, defendants' motion to dismiss is GRANTED. The Clerk of Court is directed to enter judgment without prejudice in favor of defendants and against plaintiff.

Dated this 2nd day of October, 2024.

Robert S. Lasnik
United States District Judge

---

[1] Plaintiff, having failed to respond to defendants' motion to dismiss, has offered no reason to believe that the interests of justice would be served through a transfer of her claims against Miller to the Eastern District of Washington. The statute of limitations on her claims has not yet expired, and plaintiff's lack of response in this litigation suggests that she does not intend to pursue the claims in any venue. The Court therefore declines to *sua sponte* transfer the case under 28 U.S.C. § 1406(a).

ORDER OF DIMISSAL - 2